# Exhibit "A"



Jawad Boulos, being first duly sworn upon oath, states as follows:

1. I am an individual residing in Byblos, Lebanon and I have personal knowledge of the facts set forth herein.

2. My first contact with Mark Kucera ("Kucera") was in 2009 when he had a 1956 Cadillac Eldorado Biarritz for sale. My brother, Wissam Boulos, bought the 1956 Cadillac from Kucera. After this deal, I invited Kucera to meet me in Paris. After that meeting, my family trusted Kucera and we created a business venture whereby I wired money to him so he could buy classic cars. The business concept was that he would buy cars in America and I would sell them to collectors around the world. We would split the profits equally so long as our investments were equal. Kucera, however, did not invest money equal in amount to mine.

3. I have personally sent Kucera more than $250,000 and other car buyers, who I found, have sent him many hundreds of thousands of dollars more.

4. Kucera was supposed to use the money sent to him to buy cars, but a significant sum is unaccounted for.

5. Kucera has set up at least two Montana entities, KM Kucera International, Inc. and KM Kucera, Inc., to handle these vehicle transactions with me. As far as I know, he is the sole stockholder of both entities although I was supposed to be an equal owner of KM Kucera International, Inc.

6. Several times I asked Kucera to show me an accounting of our business venture, but he has never provided me with any accounting since 2009.

7. Based upon what Kucera has told me, he claims to have bought cars for our venture at a cost of $420,000 and sold them for $1,000,000, yet the profits are unaccounted for.

Also, he should still be holding for the business venture certain valuable cars in Billings and property & equipment including the buildings at 2111 Montana Ave. in Billings which I have listed on Exhibit "A" hereto.

8. Kucera did not invest any money himself in our business venture; he used my money to buy and sell collectible cars in the USA.

9. Kucera is holding our business venture's cars and money but refuses to account for his activities.

10. On information and believe, Kucera has used business assets for personal purposes.

11. This year, I sold on Ebay a 1958 Cadillac Eldorado Brougham held by our business venture in Billings. The car sold for $75,200 and Kucera still has not accounted for the money.

FURTHER YOUR AFFIANT SAITH NAUGHT.

Dated this 21' day of October, 2013.

Republic of Lebanon    )
    City of Beirut          )
Embassy of the United ) SS.
    States of America   )

_____
Jawad Boulos

SUBSCRIBED, ACKNOWLEDGED AND SWORN to before me this OCT 21 2013 day of October, 2013, by Jawad Boulos.

(SEAL)

_____
Jeffrey D. Gringer
Printed Name: Consul
Notary Public for the Nation of Lebanon
Residing at __Beirut - Lebanon__, Lebanon
My Commission Expires: My commission does not expire

2

## Exhibit "A"

| Property: | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | Building Address: 2111 Montana Ave. Billings, MT | | | | |
| | | | | | |

| Cars Inventory: | Year | Make | Model | Sub-Model | Doors | VIN# |
|---|---|---|---|---|---|---|
| | 1932 | Packard | Dual Cowl Sports Phaeton | Convertible | 4 | i62736 |
| | 1939 | Ford | Sedan Delivery | | 2 | 184789664 |
| | 1957 | Chevrolet | Belair | Coupe | 2 | I don't know |
| | 1957 | Chevrolet | Eldorado Seville | Coupe | 2 | I don't know |
| | 1957 | Cadillac | Eldorado Biarritz | Convertible | 2 | 576267SXFW1690 |
| | 1958 | Cadillac | Deville | Coupe | 2 | I don't know |
| | 1959 | Ford | Skyliner | Convertible | 2 | C9EW178890 |
| | 1959 | Cadillac | Series 62 Pink | Convertible | 2 | 59F037842 |
| | 1959 | Cadillac | Series 62 Red | Convertible | 2 | 59F029406 |
| | 1959 | Mercedes | 190 B | Sedan | 4 | A1210101001433 |
| | 1959 | Mercedes | 190SL | Convertible | 2 | 12104210950136 |
| | 1970 | Ford | Mustang Fastback Mach 1 | Coupe | 2 | 0F05M206089 |
| | 1977 | Chevrolet | Pickup | | 2 | I don't know |