# Exhibit "B"

Eric Jacob Benizri, being first duly sworn upon oath, states as follows:

1. I am a doctor practicing in Nice, France and I have personal knowledge of the facts set forth herein.

2. I bought a 1957 Chevrolet Belair & a 1954 Packard Carribean by wiring money to KM KUCERA's bank accounts in Montana.

3. I also made three wire transfers for the purchase of a 1959 Cadillac Convertible (RED COLOR) as follows: 1) $60,000 on October 14, 2011; $33,000 on January 19, 2012; and $12,970 on March 5, 2013.

4. Although I have wired approximately $106,000 to Mr. Kucera or his business entities, I have still not received my vehicle.

FURTHER YOUR AFFIANT SAITH NAUGHT.

Dated this __14__ day of October, 2013.

_____
Dr. Eric Jacob Benizri

SUBSCRIBED AND SWORN to before me this __29__ day of October, 2013, by Eric Jacob Benizri.

(SEAL)



Printed Name: __RENAUD ARAL__
Notary Public for the Nation of France
Residing at __NICE__, France
My Commission Expires:_____

1