# Exhibit "A"

## **Exhibit "A"**

| Property: | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | Building Address: 2111 Montana Ave. Billings, MT | | | | |
| | | | | | |

| Cars Inventory: | Year | Make | Model | Sub-Model | Doors | VIN# |
|---|---|---|---|---|---|---|
| | 1932 | Packard | Dual Cowl Sports Phaeton | Convertible | 4 | i62736 |
| | 1939 | Ford | Sedan Delivery | | 2 | 184789664 |
| | 1957 | Chevrolet | Belair | Coupe | 2 | I don't know |
| | 1957 | Chevrolet | Eldorado Seville | Coupe | 2 | I don't know |
| | 1957 | Cadillac | Eldorado Biarritz | Convertible | 2 | 576267SXFW1690 |
| | 1958 | Cadillac | Deville | Coupe | 2 | I don't know |
| | 1959 | Ford | Skyliner | Convertible | 2 | C9EW178890 |
| | 1959 | Cadillac | Series 62 Pink | Convertible | 2 | 59F037842 |
| | 1959 | Cadillac | Series 62 Red | Convertible | 2 | 59F029406 |
| | 1959 | Mercedes | 190 B | Sedan | 4 | A1210101001433 |
| | 1959 | Mercedes | 190SL | Convertible | 2 | 12104210950136 |
| | 1970 | Ford | Mustang Fastback Mach 1 | Coupe | 2 | 0F05M206089 |
| | 1977 | Chevrolet | Pickup | | 2 | I don't know |