

FILED

JAN - 3 2014

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| JAWAD BOULOS,<br><br>               Plaintiff,<br><br>vs.<br><br>MARK KUCERA, KM KUCERA, INC., and KM KUCERA INTERNATIONAL, INC.,<br><br>               Defendants. | No. CV-13-137-BLG-SEH<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction. (Doc. 3.) The docket reflects the motion and supporting brief were served upon Defendants no later than December 12, 2013. (Doc. 10.)

A response to the motion was due no later than January 2, 2014. (*See* L.R. 7.1(d)(1)(A)). None has been filed.

ORDERED:

1.     Plaintiff's Motion for Temporary Restraining Order and Preliminary

Injunction and Certification under Rule 65(b)(2)[1], F.R.Civ. P. is GRANTED.

2. Plaintiff shall prepare and present to the Court for consideration, on or before January 10, 2014, a proposed form of the Temporary Restraining Order and Preliminary Injunction as requested.

DATED this 3rd day of January, 2014.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[1] Plaintiff's certification issue related to attempts at providing notice to the Defendants; however, it is moot because the Defendants were properly served after the filing of this motion.