IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

FILED

JAN 15 2014

Clerk, U.S. District Court
District Of Montana
Helena

JAWAD BOULOS,

                Plaintiff,

vs.

MARK KUCERA, KM KUCERA, INC., and KM KUCERA INTERNATIONAL, INC.,

                Defendants.

No. CV-13-137-BLG-SEH

ORDER

On October 31, 2013, Plaintiff moved for a temporary restraining order and a preliminary injunction in this matter.[1] Defendants did not respond. The failure to file a response brief was deemed an admission that the motion was well-taken. *See* L.R. 7.1(d)(1)(B). On January 3, 2014, the Court granted the motion.[2]

ORDERED:

1. Defendants, their agents, employees, and representatives are restrained from transferring the following motor vehicles and real estate described

---

[1] Doc. 3.

[2] Doc. 14.

in Document 4-1 at page 4, pending further Order of Court:

- a. 1932 Packard, 4-door Dual Cowl Sports Phaeton Convertible, VIN # i62736;

- b. 1939 Ford, 2-door Sedan Delivery, VIN# 184789664;

- c. 1957 Chevrolet, 2-door Belair Coupe, VIN# unknown;

- d. 1957 Cadillac, 2-door Eldorado Seville Coupe, VIN# unknown;

- e. 1957 Cadillac, 2-door Eldorado Biarritz Convertible, VIN# 576267SXFW1690;

- f. 1958 Cadillac, 2-door Deville Coupe, VIN# unknown;

- g. 1959 Ford, Skyliner Convertible, VIN# C9EW178890;

- h. 1959 Cadillac, 2-door Series 62 Pink Convertible, VIN# 59F037842;

- i. 1959 Cadillac, 2-door Series 62 Red Convertible, VIN# 59F029406;

- j. 1959 Mercedes, 4-door 190B Sedan, VIN# A1210101001433;

- k. 1959 Mercedes, 2-door 190SL Convertible, VIN# 12104210950136;

- l. 1970 Ford, 2-door Mustang Fastback Mach 1 Coupe, VIN# 0F05M206089;

- m. 1977 Chevrolet, 2-door pickup, VIN# unknown; and

- n. The real property (including buildings) located at 2111 Montana Avenue in Billings, Montana.

2. Defendants, their agents, employees, and representatives are restrained from transferring any funds received from the sale of the motor vehicles and real property described above, as well as the proceeds from the sale of a 1958 Cadillac Eldorado Brougham for $75,200, pending further Order of Court.

3. No bond is required.

DATED this 15th day of January, 2014.

*/s/ Sam E. Haddon*

SAM E. HADDON
United States District Judge